[Civil No. 4207. Filed April 22, 1940.]

[101 Pac. (2d) 465.]

CITY OF DOUGLAS, a Municipal Corporation; CITY OF BISBEE, a Municipal Corporation, SCHOOL DISTRICT No. 2, of the County of Cochise, State of Arizona; and SCHOOL DISTRICT No. 27, of the County of Cochise, State of Arizona, Appellants, v. JAMES L. POWELL, as Assessor of Cochise County, State of Arizona, and as Agent of the Motor Vehicle Division of the Arizona State Highway Department, Appellee.

Messrs. Sutter, Gentry & Sutter, for Appellants.

Mr. Joe Conway, Attorney General, Mr. W. E. Polley, Assistant Attorney General, and Mr. Frank E. Thomas, County Attorney of Cochise County, for Appellee.

LOCKWOOD, J.—It is agreed by the parties that the issues raised in the present case are substantially the same as those in *Miners & Merchants Bank* v. *Board of Supervisors of Cochise County, ante,* p. 357, 101 Pac. (2d) 461, with the possible exception of one technical point.

For the reasons set forth in the opinion in the case just cited, the judgment of the lower court is reversed and the case remanded for further proceedings.

ROSS, C. J., and McALISTER, J., concur.